IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALNUT ACE, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5023 |
| | : | |
| SENECA INSURANCE COMPANY, INC. | : | |

**ORDER**

AND NOW, this 29th day of September, 2021, upon consideration of Defendant Seneca Insurance Company's Motion for Summary Judgment, Defendant Walnut Ace, LLC's response in opposition, Seneca's reply, after the parties' presentations at the April 13, 2021, telephonic oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 9) is GRANTED. Judgment is entered in favor of Seneca Insurance Company on all claims.

The Clerk of Court is ORDERED to mark this case as CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.